**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| PAULINE A. RAHHAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-12-1180-D |
| | ) |
| METROPOLITAN PROPERTY & | ) |
| CASUALTY INSURANCE COMPANY, | ) |
| d/b/a METLIFE AUTO AND HOME, | ) |
| and CSC, f/k/a COMPUTER SCIENCES | ) |
| CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P., Rule 41(a)(1)(A)(ii), Plaintiff, through her counsel of record, Reggie Whitten, Michael Burrage, and Simone Fulmer, of Whitten Burrage, and Clifton D. Naifeh, of Naifeh & Associates, P.C., and Defendant Metropolitan Property & Casualty Insurance Company, d/b/a MetLife Auto and Home, through its counsel of record, Tim D. Cain, of Wilson, Cain & Acquaviva, stipulate to a dismissal of this action without prejudice to future re-filing, including all claims that were or might have been asserted in this action.

Dated this 6th day of November, 2012.

Respectfully submitted,

/s/ Simone Gosnell Fulmer
Reggie N. Whitten, OBA #9576
Michael Burrage, OBA #1350
Simone Gosnell Fulmer, OBA #17037
**WHITTEN BURRAGE**
1215 Classen Drive
Oklahoma City, OK 73103
Telephone:    405-516-7800
Facsimile:    405-516-7859

-and-

        Clifton D. Naifeh, OBA #6568
        **NAIFEH & ASSOCIATES, P.C.**
        870 Copperfield Dr., Suite B
        Norman, OK 73072
        Telephone:    405-292-2244
        Facsimile:    405-292-2288

        **ATTORNEYS FOR PLAINTIFF**


        /s/ Tim D. Cain
        Tim D. Cain
        WILSON, CAIN & ACQUAVIVA
        300 Northwest 13th Street, Suite 100
        Oklahoma City, OK 73103
        Telephone:    (405) 236-2600
        Facsimile:    (405) 236-2607

        **ATTORNEY FOR DEFENDANT**
        **METROPOLITAN PROPERTY &**
        **CASUALTY INSURANCE COMPANY**